UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JASON T. STEVENS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No.  05-193-B-S |
| ) | Crim. No. 00-86-B-S |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant ) | |
| ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 2) filed December 16, 2005, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that Stevens' 28 U.S.C. § 2255 motion (Docket No. 1) is DENIED.

/s/ George Z. Singal
Chief United States District Judge

Dated this 12th day of January, 2006